IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LINDA WRIGHT                                                                                      PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 5:04CV221DCBJCS

KMART CORPORATION                                                                    DEFENDANT

## AGREED ORDER AND JUDGMENT OF DISMISSAL

This day this cause came on for hearing on the joint motion of the parties to dismiss this matter with prejudice and the Court having considered the motion finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause should be and hereby is dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 30th day of October, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE


AGREED AND APPROVED:

S/W. Briggs Hopson, III
W. Briggs Hopson, III (MSB #9067)
Attorney for Plaintiff

S/H. Gray Laird, III
H. Gray Laird, III (MSB #8979)
Attorney for Defendant